**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 99-6501**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WILLIAM P. HUMPHREYS,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the Middle District of North Carolina, at Winston-Salem.  Frank W. Bullock, Jr., District Judge.  (CR-96-85-6, CA-98-420-1)

───────────

Submitted:  August 31, 1999          Decided:  September 24, 1999

───────────

Before NIEMEYER, LUTTIG, and TRAXLER, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

William P. Humphreys, Appellant Pro Se.  Robert Michael Hamilton, OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William P. Humphreys seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying Humphreys' motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). He raises two issues in his informal brief. First, Humphreys claims that the district court abused its discretion when it refused to consider an ineffective assistance of counsel claim Humphreys raised for the first time in his objections to the magistrate judge's recommendation. He also challenges the district court's denial of a certificate of appealability. We find both claims to be without merit. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2